IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America | ) | 4:01-cr-00445-CWH-1 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| David Canty | ) | |
| | ) | |

On June 4, 2013, David Canty (the "defendant") filed a motion stating that he was scheduled to be released to a halfway house in the next five months and seeking to have his supervised release be transferred to the City of Elizabeth, New Jersey, where his fiancee and daughter live, instead of serving his term of supervised release in the State of South Carolina. (ECF No. 241). Since that date, the defendant has written two letters to the Court, each reiterating his request that he be relocated to New Jersey.

After the Court received the defendant's motion, the Court directed the United States Probation Office ("USPO") in South Carolina to look into this matter to determine whether the defendant's release to New Jersey was appropriate and to so advise the Court. Accordingly, the USPO in South Carolina contacted the USPO in New Jersey, who has informed the USPO in South Carolina that it does not approve of the defendant's release to New Jersey.

Therefore, the defendant's motion (ECF No. 241) is denied without prejudice.

**AND IT IS SO ORDERED.**

C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

October 29, 2013
Charleston, South Carolina